PER CURIAM.

(No. 75-CC-927—)

SUPERIOR AMBULANCE CO., Claimant, *vs.* STATE OF ILLINOIS, OFFICE OF THE GOVERNOR, Respondent.

*Opinion filed June 5, 1975.*

SUPERIOR AMBULANCE CO., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-993—)

HILL CAMERA REPAIR SERV., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF GENERAL SERVICES, Respondent.

*Opinion filed June 5, 1975.*

HILL CAMERA REPAIR SERVICE, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.